DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED
JUL 6 - 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20 00280 BLF |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography; |
| DANIEL CORBETT, | 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| Defendant. | SAN JOSE |

INFORMATION

The United States Attorney charges:

COUNT ONE:    (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

On or about January 2, 2020, in the Northern District of California, the defendant,

DANIEL CORBETT,

did knowingly possess and have access with intent to view matter which contained at least one visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, including by computer, the production of which visual depiction

INFORMATION

involved the use of a minor, a prepubescent minor, and a minor who had not attained 12 years of age engaging in sexually explicit conduct, which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

FORFEITURE ALLEGATION:   (18 U.S.C. § 2253(a))

The allegations contained in this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth in this Information, the defendant,

DANIEL CORBETT,

shall forfeit to the United States of America:

   a. any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

   c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to:

   a. iPhone SE s/n F17RXDCJH2XV, which was seized from the defendant pursuant to a search warrant; and

   b. iPhone XR, s/n G0NYKBDPKXKQ, which was seized from the defendant pursuant to a search warrant.

   c. HP Pavilion laptop, s/n CNF9211YQV, which was seized from the defendant pursuant to a search warrant.

   d. Apple laptop, s/n CAWJND2UDTY3, which was seized from the defendant pursuant to a search warrant.

If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:    July 6, 2020

DAVID L. ANDERSON
United States Attorney

*/s/ Patrick Delahunty*
PATRICK R. DELAHUNTY
Assistant United States Attorney

INFORMATION    3



AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**OFFENSE CHARGED**
18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Imprisonment: 20 years (maximum)
Fine: $250,000 fine (maximum)
Supervised Release: Minimum 5 years and maximum of lifetime
Special Assessment: $5,000
Forfeiture, Restitution

**DEFENDANT - U.S**
Daniel Corbett

**DISTRICT COURT NUMBER**
CR 20 00280 BLF

**DEFENDANT**

**PROCEEDING**
Name of Complaintant Agency, or Person (& Title, if any)
HSI Brian Benson

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  DAVID L. ANDERSON
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  AUSA PATRICK DELAHUNTY

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED
JUL 6 – 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT     Bail Amount:

If Summons, complete following:
☒ Arraignment ☒ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: August 3, 2020 1:30pm   Before Judge: DiMarchi

Comments: The agent will pick up the summons and serve it